IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:21-CR-00411-M

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BRIAN MATTHEW LOVE,

    Defendant,

v.

WELLS FARGO BANK, N.A.,

    Garnishee.

ORDER

This matter comes before the court on the United States' motion to unseal certain documents associated with a writ of garnishment [DE 87]. In light of service of those documents upon Defendant and Garnishee, maintaining the documents under seal is no longer necessary and the motion is GRANTED. The Clerk of Court is directed to unseal the Application for Writ of Garnishment [DE 78] and the Writ of Garnishment issued as its result along with the Instructions to Criminal Defendant, Clerk's Notice of Post-Judgment Garnishment, Right to Have Exemptions Designated, Objection to Answer, and Request for Hearing [DE 85; DE 85-1].

SO ORDERED this 28th day of September, 2023.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE