IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:21-CR-00411-M

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | |
| BRIAN MATTHEW LOVE, | ORDER IN GARNISHMENT |
| Defendant, | |
| v. | |
| WELLS FARGO BANK, N.A., | |
| Garnishee. | |

This matter comes before the court on Garnishee's answer to a writ of garnishment [DE 86]. Defendant has been notified of his right to a hearing and has not requested a hearing to determine exempt property.

IT IS ORDERED that Garnishee pay all funds, as indicated in the Answer of Garnishee, to Plaintiff. All payments due to Plaintiff under this Order of Garnishment shall continue until the debt to Plaintiff is paid in full or until Garnishee no longer has custody, possession or control of any property belonging to Defendant or until further Order of this Court.

Checks should be made payable to: U. S. District Court and mailed to:

U.S. District Court
P.O. Box 25670
Raleigh, NC 27611

In order to ensure that payments are credited properly, please include Court Number 5:21-CR-00411-001M on each check.

SO ORDERED this \_\_3\_\_ day of November, 2023.

*Richard E Myers II*
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE