IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:21-CR-00411-M

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BRIAN MATTHEW LOVE, )<br>)<br>Defendant, )<br>)<br>v. )<br>)<br>COINBASE, )<br>)<br>Garnishee. ) | ORDER TO UNSEAL |

This matter comes before the court on the United States' Motion to Unseal [DE 107]. In light of service of those documents upon Defendant and Garnishee, maintaining the documents under seal is no longer necessary and the motion is GRANTED. The Clerk of the Court is DIRECTED to unseal the government's Application for Writ of Garnishment and the Writ of Garnishment issued as its result (DE 100, 100-1), along with the Instructions to Criminal Defendant, Clerk's Notice of Post-Judgment Garnishment, Right to Have Exemptions Designated, Objection to Answer, and Request for Hearing (DE 105, 105-1).

SO ORDERED this 30th day of January, 2024.

RICHARD E. MYERS II
Chief United States District Judge